UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA PETRISOR, | CASE NO. CV F 13-0905 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 19.) |
| vs. | |
| WYNDHAM VACATION OWNERSHIP, INC., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the September 17, 2014 pretrial conference and October 28, 2014 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **March 11, 2014**           **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1